■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY RODRIGUEZ, Appellant. [878 NYS2d 927]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (R. Doyle, J.), imposed April 3, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Mastro, J.P., Dillon, Covello and Leventhal, JJ., concur.